IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | No. 15-360 |
| MARK COOPER : | |

### ORDER

**AND NOW**, this **5th** day of **April**, **2016**, upon consideration of Defendant's Motion to Dismiss the Indictment and the Government's response thereto, and for the reasons provided in this Court's Memorandum dated April 5, 2016, it is hereby **ORDERED** that the motion (Document No. 12) is **DENIED**.

BY THE COURT:

_____
**Berle M. Schiller, J.**